# UNITED STATES DISTRICT COURT

for the

District of New Jersey

UNITED STATES OF AMERICA

*Plaintiff*

v.

Case No.

*Defendant*

**ORDER APPOINTING FEDERAL PUBLIC DEFENDER**

The financial inability of the defendant to retain counsel having been established by the Court,

and the defendant not having waived the appointment of counsel,

It is on this _____ day of _____, 2022,

ORDERED that _____ from the office of the Federal Public

Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until

further order of the Court.

_____