UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| United States of America | : | Hon. Douglas E. Arpert |
| | : | Mag. No. 21-6035 |
| v. | : | Crim. No. 22-760 (ZNQ) |
| | : | |
| Karl Rainear | : | CONSENT ORDER FOR |
| | : | MODIFICATION OF BAIL CONDITIONS |

THIS MATTER having been brought before the Court by defendant Karl Rainear, (by Andrea Bergman, Assistant Federal Public Defender), and the United States Attorney for the District of New Jersey, (by Alexander Ramey, Assistant United States Attorney) consenting, for an Order modifying Mr. Rainear's bail release conditions; and Pretrial Services (by Edna Galarza, Pretrial Services Officer), having no objection, and

WHEREAS bail release conditions were imposed on July 20, 2022 by this Court; and

WHEREAS those bail conditions required a $50,000 unsecured personal recognizance bond; and

WHEREAS, the parties are in agreement that the bond is no longer necessary to secure Mr. Rainear's appearance in court; and

WHEREAS the bond is acting as a personal lien that is encumbering Mr. Rainer's ability to sell property; and

WHEREAS Mr. Rainear is in compliance with the release conditions previously set by this Court, and for good cause shown,

IT IS, on this 10th day of January, 2023, ORDERED that the release conditions shall be modified as follows:

1.  The $50,000 unsecured personal recognizance bond shall be vacated;

2.  All other conditions shall remain the same.

                                                                                   Douglas E. Arpert  
                                                                                   United States Magistrate Judge